**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>    *v.* )<br>)<br>VOLKSWAGEN GROUP OF AMERICA, INC. )<br>d/b/a AUDI OF AMERICA, INC., )<br>)<br>    Defendant/Counter-Plaintiff. ) | Case No. 1:15CV1659-TSE/JFA |

**ORDER**

Before the Court is Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc.'s ("AoA") Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff Lens Stoler, Inc.'s Amended Complaint (the "Motion").

For the reasons set forth in AoA's Motion [and stated in open court], the Motion is granted.  SO ORDERED.

This _____ day of July, 2016.            _____
                                                                    United States District Court Judge