**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:15CV1659-TSE/JFA |
| v. | ) ) |
| VOLKSWAGON GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF HEARING**

Please take notice that on Friday, July 15, 2016, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Volkswagen Group of America, Inc. d/b/a/ Audi of America, Inc., through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant's Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaims to Plaintiff Len Stoler, Inc.'s Amended Complaint.

Dated: July 8, 2016

Respectfully submitted,

Richard Mark Dare (VSB No. 14146)
ISLERDARE PC
1945 Old Gallows road, Suite 650
Tysons Corner
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

James R. Vogler (admitted *pro hac vice*)
Daniel R. Fine (admitted *pro hac vice*)
Jack O. Snyder, Jr. (admitted *pro hac vice*)
BARAK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP

        200 West Madison Street, Suite 3900
        Chicago, Illinios 60606
        T: (312) 984-3100
        F: (312) 984-3150
        Jim.volger@bfkn.com
        Dan.fine@bfkn.com
        Jack.snyder@bfkn.com

*Counsel for Defendant*
*Volkswagen Group of America*
*d/b/a Audi of America, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of July, 2016, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Barbara S. Wahl, Esq.
    Arent Fox LLP
    1717 K Street, N.W.
    Washington, DC  20006
    Barbara.wahl@arentfox.com

    Russell P. McRory, Esq.
    Arent Fox LLP
    1675 Broadway
    New York, NY 10019
    Russell.mcrory@arentfox.com

    Sean Nicholas Clerget, Esq.
    Arent Fox LLP
    1717 K Street NW
    Washington, DC 20036-5344
    sean.clerget@arentfox.com

    /s/
    R. Mark Dare, Va. Bar No. 14146
    ISLERDARE PC
    1945 Old Gallows Road, Suite 650
    Vienna, VA 22182
    (703) 748-2690
    (703) 748-2695 (fax)
    mdare@islerdare.com
    *Counsel for Defendant*
    *Volkswagen Group of America, Inc.*
    *d/b/a Audi of America, Inc.*

,