Date: 07/15/2016        Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:39 AM
Finish: 11:06 AM

Civil Action Number: 1:15-cv-1659-TSE-JFA

Len Stoler, Inc.

vs.

Volkswagen Group of America, Inc.

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
[30] Defendant AOA's Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff Len Stoler, Inc.'s Amended Complaint

Argued &
( ) Granted ( ) Denied (✓) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(✓) Order to Follow