**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **LEN STOLER, INC. d/b/a LEN STOLER AUDI,**<br><br>Plaintiff,<br><br>- against -<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,**<br><br>Defendant. | Case No. 1:15CV1659-TSE/JFA |

**PLAINTIFF'S MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

Plaintiff Len Stoler, Inc. d/b/a Len Stoler Audi ("Plaintiff" or "Stoler"), by counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment on Stoler's Amended Complaint, with regard to the First, Second, and Third Causes of Action and against Volkswagen Group of America, Inc. d/b/a Audi of America Inc.'s Counterclaim. As explained in detail in Stoler's accompanying Memorandum, there is no genuine issue as to any material fact, and Stoler is entitled to judgment as a matter of law.

Accordingly, upon due consideration and in the interests of justice, Stoler's Motion for Partial Summary Judgment should be granted.

DATED:  August 12, 2016                     Respectfully submitted,

                                                  /s/ Barbara S. Wahl
Barbara S. Wahl (VSB No. 24647)
Arent Fox LLP
1717 K Street, N.W.
Washington, D.C. 20006
202.857.6000 (Phone)
202.857.6395 (Fax)
barbara.wahl@arentfox.com

Of Counsel:

Russell P. McRory (*pro hac vice*)
Michael P. McMahan (*pro hac vice*)
1675 Broadway
New York, New York 10019
212.484.3942 (Phone)
212.484.3990 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2016, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Richard Mark Dare
>ISLEDARE PC
>1945 Old Gallows Road, Suite 650
>Tysons Corner
>Vienna, VA 22182
>mdare@islerdare.com
>
>James R. Vogler
>Daniel R. Fine
>Jack O. Snyder, Jr.
>BARACK FERRAZZANO KIRSCHBAUM
>& NAGELBERG LLP
>200 West Madison Street, Suite 3900
>Chicago, IL 60606
>Jim.vogler@bfkn.com
>Dan.fine@bfkn.com
>Jack.snyder@bfkn.com

>/s/ Barbara S. Wahl
>Barbara S. Wahl (VSB No. 24647)
>Arent Fox LLP
>1717 K Street, N.W.
>Washington, D.C. 20006
>202.857.6000 (Phone)
>202.857.6395 (Fax)
>barbara.wahl@arentfox.com
>
>*Counsel for Plaintiff Len Stoler, Inc.*
>*d/b/a Len Stoler Audi*