# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:15CV1659-TSE/JFA |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on Friday, September 2, 2016 at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Len Stoler, Inc. d/b/a Len Stoler Audi ("Plaintiff"), by and through its attorneys Arent Fox LLP, will appear before this Court, at the Albert V. Bryan US Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, and request the Court to rule on Plaintiff's Motion for Partial Summary Judgment and find Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. ("Audi") liable with respect to Stoler's First, Second and Third Causes of Action, as well as enter judgment against Audi's Counterclaim as a matter of law.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 12, 2016 | /s/ Barbara S. Wahl<br>Barbara S. Wahl (VSB No. 24647)<br>Arent Fox LLP<br>1717 K Street, N.W.<br>Washington, D.C. 20006<br>202.857.6000 (Phone)<br>202.857.6395 (Fax)<br>barbara.wahl@arentfox.com<br><br>*Counsel for Plaintiff Len Stoler, Inc.*<br>*d/b/a Len Stoler Audi* |

Of Counsel:

Russell P. McRory (*pro hac vice*)
Michael P. McMahan (*pro hac vice*)
Arent Fox LLP
1675 Broadway
New York, NY 10019
Tel: (212) 484-3942
Fax: (212) 484-3990

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2016, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Richard Mark Dare
    ISLEDARE PC
    1945 Old Gallows Road, Suite 650
    Tysons Corner
    Vienna, VA 22182
    mdare@islerdare.com

    James R. Vogler
    Daniel R. Fine
    Jack O. Snyder, Jr.
    BARACK FERRAZZANO KIRSCHBAUM
    & NAGELBERG LLP
    200 West Madison Street, Suite 3900
    Chicago, IL 60606
    Jim.vogler@bfkn.com
    Dan.fine@bfkn.com
    Jack.snyder@bfkn.com

    /s/ Barbara S. Wahl
    Barbara S. Wahl (VSB No. 24647)
    Arent Fox LLP
    1717 K Street, N.W.
    Washington, D.C. 20006
    202.857.6000 (Phone)
    202.857.6395 (Fax)
    barbara.wahl@arentfox.com

    *Counsel for Plaintiff Len Stoler, Inc.*
    *d/b/a Len Stoler Audi*