UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **LEN STOLER, INC. d/b/a LEN STOLER AUDI,**<br><br>**Plaintiff,**<br><br>- against -<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,**<br><br>**Defendant.** | Case No. 1:15CV1659-TSE/JFA |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

As suggested by the Court at a hearing on Plaintiff's motion for partial summary judgment that was heard on September 2, 2016, the parties, by counsel, respectfully move this Court to amend the existing Scheduling Order dated May 16, 2016, ECF #21 to provide further dates and a continuance of the final pretrial conference, consistent with the dates set forth in the attached proposed Amended Scheduling Order. As discussed in Court on September 2, 2016, and consistent with the Court's Minute Order and Order dated September 2, 2016, ECF #48 and #49, the parties request this additional time in order to supplement the factual record for summary judgment, to supplement Plaintiff's motion for partial summary judgment, which has been taken under advisement by the Court, to allow Defendant to cross-move for summary judgment, should it wish to do so, and to postpone the pretrial conference until a date not sooner

than November 3, 2016, after the summary judgment motion(s) are heard.  Parties submit the

enclosed Amended Scheduling Order and ask that it be entered by the Court.


DATED:  September 9, 2016                                   Respectfully submitted,


 /s/ Barbara S. Wahl                                         /s/ Richard Mark Dare
Barbara S. Wahl                                             Richard Mark Dare
Arent Fox LLP                                               Islerdare PC
1717 K Street, N.W.                                         1945 Old Gallows road, Suite 650
Washington, DC  20006                                       Tysons Corner
Barbara.wahl@arentfox.com                                   Vienna, Virginia  22182
                                                            T: (703) 748-2690
Russell P. McRory (*pro hac vice*)                          F: (703) 748-2695
Michael P. McMahan (*pro hac vice*)                         mdare@islerdare.com
Arent Fox LLP
1675 Broadway                                               James R. Vogler ( *pro hac vice*)
New York, NY 10019                                          Daniel R. Fine ( *pro hac vice)*
                                                            Jack O. Snyder, Jr. *( pro hac vice)*
                                                            Emily L. Gesmundo (*pro hac vice*)
*Counsel for Plaintiff*                                     Barak Ferrazzano Kirschbaum & Nagelberg LLF
*Len Stoler, Inc.*                                          West Madison Street, Suite 3900
*d/b/a Len Stoler Audi*                                     Chicago, Illinois 60606

                                                            *Counsel for Defendant*
                                                            *Volkswagen Group of America*
                                                            *d/b/a Audi of America, Inc.*