**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, <br><br> Plaintiff, <br><br> *v.* <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., <br><br> Defendant. | ) ) ) ) ) ) Case No. 1:15CV1659-TSE/JFA ) ) ) ) ) ) |

## AMENDED SCHEDULING ORDER

The parties hereby stipulate to the entry of this Amended Scheduling Order, which amends the initial Scheduling Order dated May 16, 2016, ECF # 21. The parties agree that the following dates be set for the service of stipulated uncontested facts, individual party statements of facts those parties believe should be uncontested, a renewed motion for summary judgment by the plaintiff, cross-motion for summary judgment by the defendant, and the postponement of the final pre-trial conference:

**1.       Statements of Uncontested Fact**

The parties shall submit a joint statement of uncontested material facts on or before **September 23, 2016**.

A party wishing to submit additional facts that it contends are uncontested may do so on or before **September 28, 2016**.

### 2. Renewal of Partial Summary Judgment Motion

Plaintiff may renew its partial summary judgment motion and submit additional briefing of no more than 20 pages on or before **September 30, 2016**.

Defendant may reply to the additional briefing with an opposition brief of no more than 20 pages on or before **October 7, 2016.**

### 3. Defendant's Cross-Motion for Summary Judgment

Defendant may file a cross-motion for summary judgment, including a memorandum of law of no more than 30 pages, on or before **September 30, 2016**.

Plaintiff may oppose the cross-motion for summary judgment in a memorandum of law of no more than 30 pages on or before **October 14, 2016**.

Defendant may reply to Plaintiff's opposition in a brief no longer than 20 pages on or before **October 19, 2016.**

### 4. Hearing on Motion(s) for Summary Judgment

Both Plaintiff's renewed motion and Defendant's cross-motion, if any, will be heard by the Court on **October 21, 2016** at 10 a.m., or as soon thereafter as counsel may be heard.

### 5. Final Pretrial Conference

The final pretrial conference, currently scheduled for September 15, 2016, is hereby continued to _____ **at _____.**

It is so ORDERED this \_\_\_\_ day of September, 2016.

_____
Alexandria, Virginia                                   T.S. Ellis, III
                                                       United States District Court Judge

**So Stipulated this 9th day of September 2016:**

| | |
|---|---|
| Barbara S. Wahl, Esq.<br>Arent Fox LLP<br>1717 K Street, N.W.<br>Washington, DC  20006<br>Barbara.wahl@arentfox.com<br><br>Russell P. McRory, Esq. (admitted *pro hac vi*<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019<br>Russell.mcrory@arentfox.com<br><br>Sean Nicholas Clerget, Esq.<br>Arent Fox LLP<br>1717 K Street NW<br>Washington, DC 20036-5344<br>sean.clerget@arentfox.com<br><br>*Counsel for Plaintiff*<br>*Len Stoler, Inc.*<br>*d/b/a Len Stoler Audi* | Richard Mark Dare (VSB No. 14146)<br>ISLERDARE PC<br>1945 Old Gallows road, Suite 650<br>Tysons Corner<br>Vienna, Virginia  22182<br>T: (703) 748-2690<br>F: (703) 748-2695<br>mdare@islerdare.com<br><br>James R. Vogler (admitted *pro hac vice*)<br>Daniel R. Fine (admitted *pro hac vice*)<br>Jack O. Snyder, Jr. *(*admitted *pro hac vice*)<br>Emily L. Gesmundo (*pro hac vice*)<br>BARAK FERRAZZANO<br>KIRSCHBAUM & NAGELBERG LLP<br>200 West Madison Street, Suite 3900<br>Chicago, Illinios 60606<br>T: (312) 984-3100<br>F: (312) 984-3150<br>Jim.vogler@bfkn.com<br>Dan.fine@bfkn.com<br>Jack.snyder@bfkn.com<br>Emily.gesmundo@bfkn.com<br><br>*Counsel for Defendant*<br>*Volkswagen Group of America*<br>*d/b/a Audi of America, Inc.* |