UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., <br><br> Defendant. | ) ) ) ) ) ) Case No. 1:15CV1659-TSE/JFA ) ) ) ) ) ) |

## AMENDED SCHEDULING ORDER

The parties hereby stipulate to the entry of this Amended Scheduling Order, which amends the initial Scheduling Order dated May 16, 2016, ECF # 21. The parties agree that the following dates be set for the service of stipulated uncontested facts, individual party statements of facts those parties believe should be uncontested, a renewed motion for summary judgment by the plaintiff, cross-motion for summary judgment by the defendant, and the postponement of the final pre-trial conference:

1. **Statements of Uncontested Fact**

The parties shall submit a joint statement of uncontested material facts on or before **September 23, 2016**.

A party wishing to submit additional facts that it contends are uncontested may do so on or before **September 28, 2016**.

2. **Renewal of Partial Summary Judgment Motion**

Plaintiff may renew its partial summary judgment motion and submit additional briefing of no more than 20 pages on or before **September 30, 2016**.

Defendant may reply to the additional briefing with an opposition brief of no more than 20 pages on or before **October 7, 2016**.

3. **Defendant's Cross-Motion for Summary Judgment**

Defendant may file a cross-motion for summary judgment, including a memorandum of law of no more than 30 pages, on or before **September 30, 2016**.

Plaintiff may oppose the cross-motion for summary judgment in a memorandum of law of no more than 30 pages on or before **October 14, 2016**.

Defendant may reply to Plaintiff's opposition in a brief no longer than 20 pages on or before **October 19, 2016**.

4. **Hearing on Motion(s) for Summary Judgment**

Both Plaintiff's renewed motion and Defendant's cross-motion, if any, will be heard by the Court on **October 21, 2016** at 10 a.m., or as soon thereafter as counsel may be heard.

5. **Final Pretrial Conference**

The final pretrial conference, currently scheduled for September 15, 2016, is hereby continued to _October 21 at 10:00 am_

It is so ORDERED this _12th_ day of September, 2016.

Alexandria, Virginia

T.S. Ellis, III
United States District Court Judge

T. S. Ellis, III
United States District Judge