**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) Case No. 1:15CV1659-TSE/JFA ) ) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

**NOTICE OF HEARING ON MOTION TO FILE UNDER SEAL**

Please take notice that on the 30th day of September, 2016, at 10:00 AM or as soon thereafter as counsel may be heard, Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. ("AoA") will present its Motion to File Under Seal allowing the filing under seal of certain documents described in its motion to compel and memorandum in support thereof and to allow redactions of the memorandum in support. Any party who objects to the proposed filing and redactions under seal may file an objection within seven (7) days of today, and all or part of such objection and supporting memoranda will be treated as confidential if designated as such by the person objecting until the Court rules on the Motion to File Under Seal. If no timely objection is filed, the Court may treat the Motion to File Under Seal as uncontested.

Dated: September 23, 2016                                    Respectfully submitted,

                                                                                    /s/Richard Mark Dare
                                                                              Richard Mark Dare (VSB No. 14146)
                                                                              ISLERDARE PC
                                                                              1945 Old Gallows road, Suite 650
                                                                              Tysons Corner
                                                                              Vienna, Virginia  22182
                                                                              T: (703) 748-2690
                                                                              F: (703) 748-2695

mdare@islerdare.com

James R. Vogler (admitted *pro hac vice*)
Daniel R. Fine (admitted *pro hac vice)*
Jack O. Snyder, Jr. *(*admitted *pro hac vice)*
Emily L. Gesmundo (admitted *pro hac vice)*
BARAK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinios 60606
T: (312) 984-3100
F: (312) 984-3150
Jim.volger@bfkn.com
Dan.fine@bfkn.com
Jack.snyder@bfkn.com
Emily.Gesmundo@bfkn.com

*Counsel for Defendant*
*Volkswagen Group of America*
*d/b/a Audi of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2016, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Barbara S. Wahl, Esq.
> Arent Fox LLP
> 1717 K Street, N.W.
> Washington, DC  20006
> Barbara.wahl@arentfox.com
>
> Russell P. McRory, Esq.
> Arent Fox LLP
> 1675 Broadway
> New York, NY 10019
> Russell.mcrory@arentfox.com
>
> Sean Nicholas Clerget, Esq.
> Arent Fox LLP
> 1717 K Street NW
> Washington, DC 20036-5344
> sean.clerget@arentfox.com

>                    /s/
> R. Mark Dare, Va. Bar No. 14146
> ISLERDARE PC
> 1945 Old Gallows Road, Suite 650
> Vienna, VA 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> mdare@islerdare.com
> *Counsel for Defendant*
> *Volkswagen Group of America, Inc.*
> *d/b/a Audi of America, Inc.*

3