# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **LEN STOLER, INC. d/b/a LEN STOLER AUDI,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 1:15CV1659-TSE/JFA** |
| | ) |
| **VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF HEARING ON MOTION TO COMPEL

TO:    All Attorneys of Record

PLEASE TAKE NOTICE that on Friday, September 30, 2016, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant AoA's Motion to Compel.

Dated:  September 23, 2016

Respectfully,

_____/s/_____
R. Mark Dare
Va. Bar No. 14146
Counsel for Defendant
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

_____/s/_____
James R. Vogler (admitted *pro hac vice*)
Daniel R. Fine (admitted *pro hac vice*)

1233955.v1

Jack O. Snyder, Jr. *(admitted pro hac vice)*
Emily L. Gesmundo *(admitted pro hac vice)*
Counsel for Defendant
BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150
Jim.vogler@bfkn.com
Dan.fine@bfkn.com
Jack.snyder@bfkn.com
Emily.gesmundo@bfkn.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2016, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

Barbara S. Wahl, Esq.
Arent Fox LLP
1717 K Street NW
Washington, DC 20006
Barbara.wahl@arentfox.com

Russell P. McRory, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Russell.mcrory@arentfox.com

Sean Nicholas Clerget, Esq.
Arent Fox LLP
1717 K Street NW
Washington, DC 20036-5344
sean.clerget@arentfox.com

Michael Palmer McMahan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
michael.mcmahan@arentfox.com

_____/s/_____

R. Mark Dare
Va. Bar No. 14146
Counsel for Defendant
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com