# SUPPLEMENTAL EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

```
LEN STOLER INC. d/b/a      )   Case No.
LEN STOLER AUDI            )   1:15CV1659-TSE/JFA
    Plaintiff              )
vs.                        )
VOLKSWAGEN GROUP OF        )
AMERICA, INC. d/b/a/       )
AUDI OF AMERICA, INC.,     )
    Defendant              )
```

Deposition of Barry Stoler

Baltimore, Maryland

July 21, 2016

10:00 a.m.

Reported by: Bonnie L. Russo

Job No. 2340471

Page 106

1  A. Correct.
2  Q. So do you know if other dealers sell
3  cars at lower gross profits so that they can
4  increase their service volume?
5  A. I don't know what happens as a
6  business philosophy in other stores, no.
7  Q. But that was not a business
8  philosophy of Len Stoler, Inc.?
9  A. Sure, it was. Our philosophy in Len
10  Stoler Audi and Len Stoler, Inc. is if you can
11  make a profit on a car and you can make a sale
12  and replace the car, then you sell the car, but
13  we are not going to take a loss on a car.
14     A lot of times with Audi, in order
15  to be competitive, we had to take losses on
16  case which didn't make any sense because the
17  other dealers had a price advantage over us.
18  Q. Do you know if other Audi dealers
19  were taking losses on cars?
20  A. I don't know.
21  Q. I want to turn to some of the other
22  dealers in Maryland.

Page 107

1  Were other Maryland dealers your
2  primary competitors at Len Stoler?
3  A. Yes.
4     MS. WAHL: Objection as to
5  relevance.
6     You have already answered.
7     BY MR. FINE:
8  Q. Who are the other Maryland Audi
9  dealers?
10  A. There is Hunt Valley, Criswell and
11  Silver Spring will be the only competitor that
12  we would actually be dealing with. There are
13  other Maryland dealers, but only on a rare
14  circumstance or rare occasion would we ever
15  compete with them.
16  Q. So the principal competitors of Len
17  Stoler Audi were Hunt Valley, Criswell and that
18  is in Annapolis?
19  A. Annapolis.
20  Q. And Silver Spring?
21  A. Silver Spring, yes.
22  Q. What do you know about the retail

Page 108

1  prices that Hunt Valley -- the prices that Hunt
2  Valley was selling vehicles to consumers, what
3  do you know about Hunt Valley's retail prices?
4  A. I don't have knowledge as a business
5  practice what they sold their cars for. I have
6  not seen their financial statement, so I really
7  wouldn't know.
8  Q. What, if anything, do you know about
9  Hunt Valley's profit margins?
10  A. The only thing I can say about Hunt
11  Valley's profit margins are, know about, is
12  what I have been told about the deals that we
13  would go against them with, that we couldn't
14  compete because they have a price advantage
15  over us.
16  Q. So doesn't that really relate to the
17  price, the retail price for the profit margin?
18  A. We are talking about not retail
19  price, but transactional price.
20  Q. Perhaps I am -- we are using
21  slightly different terms. I mean the sales
22  price. The transactional price is what you are

Page 109

1  talking about?
2  A. Yes.
3  Q. I'm going to back up then.
4     As to Hunt Valley, what do you know
5  about the transactional price of the vehicles
6  that they sell?
7     MS. WAHL: Currently.
8     THE WITNESS: You mean today?
9     BY MR. FINE:
10  Q. I want to go broad and then narrow
11  it down to specific time frames. 2016, what do
12  you know about the --
13  A. As I said before, only -- the only
14  thing I know about would be the ones that were
15  told to me by my managers and some of the
16  salespeople on deals we were fighting with,
17  where the customer is going back and forth.
18  That's the only knowledge I have. I don't know
19  what they do with other customers who don't
20  shop. For all I know, they charge retail
21  price.
22  Q. How many times would you get into --