# SUPPLEMENTAL EXHIBIT 4

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division

LEN STOLER, INC., dba Len Stoler Audi,      )
                                            )
                              Plaintiff,    )
                                            )
v.                                          ) CIVIL ACTION
                                            )
VOLKSWAGEN GROUP OF AMERICA, INC., dba      ) 1:15-cv-1659
Audi of America, Inc.,                      )
                                            )
                              Defendant.    )
                                            )
```

REPORTER'S TRANSCRIPT

MOTION HEARING

Friday, September 2, 2016

---

BEFORE:        THE HONORABLE T.S. ELLIS, III
               Presiding

APPEARANCES:   BARBARA S. WAHL, ESQ.
               RUSSEL P. MCRORY, ESQ.
               MICHAEL MCMAHAN, ESQ.

                  For the Plaintiff

               MARK DARE, ESQ.
               DANIEL R. FINE, ESQ.

                  For the Defendant

---

MICHAEL A. RODRIQUEZ, RPR/CM/RMR
Official Court Reporter
USDC, Eastern District of Virginia
Alexandria Division

```
 1    are in point?
 2            ATTORNEY WAHL:  That's correct.  On the
 3    section that we are really focusing on, 207(h), there
 4    has been no specific case on point decided by the
 5    Maryland Courts of Appeals.
 6            THE COURT:  How odd.
 7            Now, let me go on.  I am not done yet.
 8            ATTORNEY WAHL:  Okay.
 9            THE COURT:  What state statute did Maryland
10    base its statute on, or did it do it sui generis, if you
11    know?
12            ATTORNEY WAHL:  My understanding is that it
13    is sui generis.
14            THE COURT:  All right.  Now, I know there
15    are other statutes that are dissimilar from it, one in
16    New York, in particular, but let's put that to the side.
17            I take it you would agree with me that the
18    novel questions that you present are best decided by the
19    Supreme Court of Maryland.
20            ATTORNEY WAHL:  Our position, your Honor, is
21    that this Court is fully capable --
22            THE COURT:  I didn't ask you that.  Of
23    course it is.  My question is:  That's the last
24    authority on this question, isn't it?
25            It isn't the Fourth Circuit and it isn't
```