## ** CIVIL MOTION MINUTES **

Date: 10/21/2016　　　　　　　　　　Before the Honorable: T.S. ELLIS, III

Time: 11:37AM-12:31PM (00:54)　　　Civil Case No.: 1:15-CV-01659-TSE-JFA

Official Court Reporter: Michael A. Rodriquez

Courtroom Deputy: Margaret Pham

---

**LEN STOLER, INC.**

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.**

---

Appearances of Counsel for:

( X ) Plaintiff: Barbara S. Wahl, Russell P. McRory
( X ) Defendant: Richard M. Dare, Daniel R. Fine
(   ) Other:

**Re:**　　Defendant's Motion [74] for Summary Judgment

Argued and:

(   ) Granted　　　　　(   ) Denied　　　　　(   ) Granted in part/Denied in part

( **X** ) Taken Under Advisement　　　　(   ) Continued to

(   ) Report and Recommendation to Follow

( **X** ) Order to Follow