UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:15CV1659-TSE/JFA ) ) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION AND CONSENT ORDER

Plaintiff Len Stoler, Inc. d/b/a Len Stoler Audi ("Stoler") and Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. ("AoA") jointly move the Court for the entry of an order adjourning the pretrial conference currently scheduled on February 10, 2017 until February 24, 2017.

In its Memorandum Opinion dated January 25, 2017, the Court set the date and time for the pretrial conference for February 10, 2017 at 10:00 AM. (ECF 104).

The parties jointly request that the Court reschedule the final pretrial conference to February 24, 2017. Counsel to both parties in this case are currently in trial in two actions being tried jointly in the Supreme Court of the State of the New York for Nassau County (*JJM Sunrise Automotive, LLC d/b/a Lynbrook Audi v. Volkswagen Group of America, Inc., d/b/a Audi of America, Inc. et al..* (Index No.: 601658/14) and *Luxury Autos of Huntington, Inc. d/b/a Audi of Huntington v. Volkswagen Group of America, Inc., d/b/a Audi of America, Inc. et ano..* (Index No.: 602591/14). The parties expect the joint trial to continue well into the week of February 6, 2017, leaving counsel with insufficient time to prepare for the pretrial conference

in this case. Further, lead counsel for AoA has prior commitments the week of February 17, 2017.

Accordingly, the parties jointly request that the pretrial conference currently scheduled for February 10, 2017 at 10:00 a.m. be adjourned to February 24, 2017.

| | |
|---|---|
| **LEN STOLER, INC, D/B/A LEN STOLER AUDI** | **VOLKSWAGEN GROUP OF AMERICA D/B/A AUDI OF AMERICA, INC.** |
| By: /s/ Barbara S. Wahl<br>Barbara S. Wahl<br>Arent Fox LLC<br>1717 K Street, N.W.<br>Washington, DC 20006<br>Barbara.wahl@arentfox.com | By: /s/ Richard Mark Dare<br>Richard Mark Dare<br>Micah E. Ticatch<br>IslerDare PC<br>1945 Old Gallows Road, Suite 650<br>Tysons Corner<br>Vienna, Virginia 22182<br>T: (703) 748-2690<br>F: (703) 748-2695<br>mdare@islerdare.com |
| Russell P. McRory, Esq. (*pro hac vice*)<br>Michael P. McMahan, Esq. (*pro hac vice*)<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019 | |
| *Counsel for Plaintiff*<br>*Len Stoler, Inc.*<br>*d/b/a Len Stoler Audi* | James R. Vogler (*pro hac vice*)<br>Daniel R. Fine (*pro hac vice*)<br>Jack O. Snyder, Jr. (*pro hac vice*)<br>Emily L. Gesmundo (*pro hac vice*)<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, Illinois 60606 |
| | *Counsel for Defendant*<br>*Volkswagen Group of America*<br>*d/b/a Audi of America, Inc.* |

It is so ORDERED this 30th day of January, 2017.

Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge