# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| LEN STOLER, INC., d/b/a LEN STOLER AUDI,<br>    Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC.,<br>    Defendant. | )<br>)<br>)  Case No. 1:15-cv-1659<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The final pretrial conference in this matter is currently scheduled for February 24, 2017. As it happens, the Court is unavailable on that date.

Accordingly, to accommodate the Court's docket, and for good cause,

It is hereby **ORDERED** that the final pretrial conference is **RESCHEDULED** for 10:00 a.m. Friday, March 3, 2017.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 31, 2017

/s/
T. S. Ellis, III
United States District Judge