**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) Case No. 1:15CV1659-TSE/JFA |
| *v.* | )<br>) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | ) |

**AUDI OF AMERICA, INC.'S RULE 12(b)(1) PARTIAL MOTION TO DISMISS**

Defendant Audi of America, Inc. ("AoA"), pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby moves for dismissal of Plaintiff's claim under Maryland Transportation Code Section 15-207(b). In support of this Motion, AoA submits its Memorandum in Support of its Rule 12(b)(1) Partial Motion to Dismiss.

Dated: February 21, 2017

/s/ _____
James R. Vogler (*pro hac vice*)
Daniel R. Fine (*pro hac vice*)
Jack O. Snyder, Jr. *(pro hac vice)*
Emily L. Gesmundo (*pro hac vice*)
BARACK FERRAZZANO
   KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150
jim.vogler@bfkn.com
dan.fine@bfkn.com
jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

Respectfully submitted,

/s/ _____
Richard Mark Dare (VSB No. 14146)
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Barbara S. Wahl, Esq.
> Arent Fox LLP
> 1717 K Street, N.W.
> Washington, DC 20006
> barbara.wahl@arentfox.com
>
> Russell P. McRory, Esq.
> Arent Fox LLP
> 1675 Broadway
> New York, NY 10019
> russell.mcrory@arentfox.com
>
> Sean Nicholas Clerget, Esq.
> Arent Fox LLP
> 1717 K Street NW
> Washington, DC 20036-5344
> sean.clerget@arentfox.com

/s/ _____
Richard Mark Dare, Va. Bar No. 14146
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
(703) 748-2690
(703) 748-2695 (fax)
mdare@islerdare.com
*Counsel for Defendant*
*Volkswagen Group of America, Inc.*
*d/b/a Audi of America, Inc.*