**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, </br></br>     Plaintiff/Counter-Defendant, </br></br>     *v*. </br></br> VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., </br></br>     Defendant/Counter-Plaintiff. | )</br>)</br>)</br>)</br>)  Case No. 1:15CV1659-TSE/JFA</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on March 17, 2017 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Audi of America, Inc. ("AoA"), through undersigned counsel, will present AoA's Rule 12(b)(1) Partial Motion to Dismiss.

Dated:  February 21, 2017                               Respectfully submitted,


/s/_____                       /s/_____
James R. Vogler (*pro hac vice*)                      Richard Mark Dare (VSB No. 14146)
Daniel R. Fine (*pro hac vice*)                          ISLERDARE PC
Jack O. Snyder, Jr. *(pro hac vice)*                  1945 Old Gallows Road, Suite 650
Emily L. Gesmundo (*pro hac vice*)                Tysons Corner
BARACK FERRAZZANO                                    Vienna, Virginia  22182
   KIRSCHBAUM & NAGELBERG LLP              T: (703) 748-2690
200 West Madison Street, Suite 3900              F: (703) 748-2695
Chicago, Illinois 60606                                      mdare@islerdare.com
T: (312) 984-3100
F: (312) 984-3150
jim.vogler@bfkn.com
dan.fine@bfkn.com
jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Barbara S. Wahl, Esq.
>Arent Fox LLP
>1717 K Street, N.W.
>Washington, DC  20006
>barbara.wahl@arentfox.com
>
>Russell P. McRory, Esq.
>Arent Fox LLP
>1675 Broadway
>New York, NY 10019
>russell.mcrory@arentfox.com
>
>Sean Nicholas Clerget, Esq.
>Arent Fox LLP
>1717 K Street NW
>Washington, DC 20036-5344
>sean.clerget@arentfox.com

>/s/
>R. Mark Dare, Va. Bar No. 14146
>ISLERDARE PC
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mdare@islerdare.com
>*Counsel for Defendant*
>*Volkswagen Group of America, Inc.*
>*d/b/a Audi of America, Inc.*

2