IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEN STOLER, INC., d/b/a LEN STOLER AUDI, </br> Plaintiff, </br> </br> v. </br> </br> VOLKSWAGEN GROUP OF AMERICA, INC., d/b/a AUDI OF AMERICA, INC., </br> Defendant. | ) </br> ) </br> ) Case No. 1:15-cv-1659 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

The final pretrial conference in this matter is currently scheduled for Friday, March 3, 2017. Yet, on February 21, 2017, defendant filed a partial motion to dismiss for lack of subject matter jurisdiction and noticed a hearing on the motion for Friday, March 17, 2017. To conserve resources, it is appropriate to consolidate the two pending hearings.

Accordingly, and for good cause,

It is hereby **ORDERED** that the final pretrial conference is **RESCHEDULED** for 10:00 a.m. Friday, March 17, 2017.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 21, 2017

_____
T. S. Ellis, III
United States District Judge