# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 1:15CV1659-TSE/JFA |

## AUDI OF AMERICA, INC.'S MOTION FOR PARTIAL RECONSIDERATION OR ALTERNATE RELIEF

Defendant Audi of America, Inc. ("AoA"), pursuant to Rules 56 and 12(c) of the Federal Rules of Civil Procedure, hereby moves for reconsideration of the Court's denial of summary judgment for AoA on Plaintiff's claim under Maryland Transportation Code Section 15-207(h)(3), and in the alternative for judgment on the pleadings on said claim.  In support of this Motion, AoA submits its Memorandum in Support of AoA's Motion for Partial Reconsideration or Alternate Relief.

Dated:  February 24, 2017

/s/ _____
James R. Vogler (*pro hac vice*)
Daniel R. Fine (*pro hac vice)*
Jack O. Snyder, Jr. *(pro hac vice)*
Emily L. Gesmundo (*pro hac vice*)
BARACK FERRAZZANO
   KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150
jim.vogler@bfkn.com
dan.fine@bfkn.com

Respectfully submitted,

/s/ _____
Richard Mark Dare (VSB No. 14146)
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Barbara S. Wahl, Esq.
>Arent Fox LLP
>1717 K Street, N.W.
>Washington, DC  20006
>barbara.wahl@arentfox.com
>
>Russell P. McRory, Esq.
>Arent Fox LLP
>1675 Broadway
>New York, NY 10019
>russell.mcrory@arentfox.com
>
>Sean Nicholas Clerget, Esq.
>Arent Fox LLP
>1717 K Street NW
>Washington, DC 20036-5344
>sean.clerget@arentfox.com

>/s/_____
>Richard Mark Dare, Va. Bar No. 14146
>ISLERDARE PC
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mdare@islerdare.com
>*Counsel for Defendant*
>*Volkswagen Group of America, Inc.*
>*d/b/a Audi of America, Inc.*