**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) Case No. 1:15CV1659-TSE/JFA |
| *v.* | )<br>) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | ) |

### **NOTICE OF HEARING**

PLEASE TAKE NOTICE that on March 17, 2017 at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant Audi of America, Inc. ("AoA"), through undersigned counsel, will present AoA's Motion for Partial Reconsideration or Alternate Relief.

Dated:  February 24, 2017                                     Respectfully submitted,


/s/_____                    /s/_____
James R. Vogler (*pro hac vice*)                  Richard Mark Dare (VSB No. 14146)
Daniel R. Fine (*pro hac vice)*                    ISLERDARE PC
Jack O. Snyder, Jr. *(pro hac vice)*              1945 Old Gallows Road, Suite 650
Emily L. Gesmundo (*pro hac vice*)            Tysons Corner
BARACK FERRAZZANO                              Vienna, Virginia  22182
   KIRSCHBAUM & NAGELBERG LLP          T: (703) 748-2690
200 West Madison Street, Suite 3900          F: (703) 748-2695
Chicago, Illinois 60606                              mdare@islerdare.com
T: (312) 984-3100
F: (312) 984-3150
jim.vogler@bfkn.com
dan.fine@bfkn.com
jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Barbara S. Wahl, Esq.
Arent Fox LLP
1717 K Street, N.W.
Washington, DC  20006
barbara.wahl@arentfox.com

Russell P. McRory, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
russell.mcrory@arentfox.com

Sean Nicholas Clerget, Esq.
Arent Fox LLP
1717 K Street NW
Washington, DC 20036-5344
sean.clerget@arentfox.com

/s/
R. Mark Dare, Va. Bar No. 14146
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
(703) 748-2690
(703) 748-2695 (fax)
mdare@islerdare.com
*Counsel for Defendant*
*Volkswagen Group of America, Inc.*
*d/b/a Audi of America, Inc.*