**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | Case No. 1:15-cv-1659-TSE/JFA |
| *v.* | ) | |
| | ) | |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## DEFENDANT AUDI OF AMERICA, INC.'S LIST OF TRIAL EXHIBITS

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's scheduling Orders, Defendant Audi of America, Inc. ("AoA") hereby lists the exhibits it may introduce at trial. The descriptions listed below are only intended for ease of reference and are not intended to be an election or limitation as to the manner in which the exhibit will be used.

In filing this list of exhibits, AoA does not waive any right to designate or use additional exhibits, including, but not limited to:

(1)     Any exhibit identified by Plaintiff on its list of trial exhibits;

(2)     Demonstrative aids and exhibits;

(3)     Any exhibit offered in rebuttal or response to testimony elicited, questions asked, or documents offered by Plaintiff;

(4)     Any exhibit offered for impeachment;

(5)     Any exhibit offered in the event of unfair surprise;

(6)     Any exhibit produced in this litigation after AoA files its list of trial exhibits;

(7)     Any exhibit which contains or reflects information that is created or becomes known after the undersigned date;

(8)     Any exhibit offered in response to the outcome of any motion concerning or affecting evidentiary matters to be filed by the parties;

1

(9)     Any document used to refresh recollection, for identification, or for purposes other than admission into evidence; and

(10)    Any exhibit offered in response to an objection by the Plaintiff as to the admissibility or authenticity of any exhibit identified herein.

AoA also expressly reserves the right to object to the introduction and admissibility of any of the documents identified herein.  The fact that AoA has identified a document as an exhibit that it intends to introduce at trial, or has reserved its right to introduce any exhibit on Plaintiff's exhibit list, does not mean that AoA is thereby waiving its right to object to the admission of such document.  AoA reserves the right to withdraw from its exhibit list any of the materials listed herein, whether in whole or in part, at any time, including but not limited to during or after the time prescribed for making objections to the parties' exhibits.  In addition, AoA notes that some of the documents or other items listed below have been marked either "Confidential" or "Highly Confidential – Attorney's Eyes Only" pursuant to the Stipulated Protective Order entered by the Court (Dkt. No. 41).  AoA anticipates raising with the Court at the pretrial hearing (or at such other time as the Court may direct) the means by which such materials might be offered into evidence while maintaining their confidential nature, including the timing of any motion(s) pursuant to Local Rule 5(H).

AoA reserves the right to introduce pleadings, testimony excerpts, and discovery responses elicited in this action, including, but not limited to, those listed below.

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 001 | Plaintiff's Rule 26(a)(1) Disclosures | n/a | |
| 002 | Plaintiff's Answers to Defendant Audi of America's First Set of Interrogatories (2016-09-09) | n/a | |
| 003 | Stoler Audi Dealer Agreement | AoA0000083-AoA0000090 | |
| 004 | Audi Architecture + Retail Capacity Guide | AoA0000091-AoA0000139 | Thacker 46 |
| 005 | Grandfather Policy (2011-09-21) | AoA0000140-AoA0000141 | Thacker 42 |
| 006 | Audi Standards Checklist (2013-08) | STOLER001049-STOLER001070 | |
| 007 | Audi Retail Facility Development Program Design Services Enrollment Form for Stoler with attached capacity planning forms (2014-03-31) | AoA0000158-AoA0000161 | |
| 008 | Audi Retail Facility Development Program Design Services Enrollment Form for Stoler with attached capacity planning forms (2014-04-01) | AoA0000162-AoA0000165 | |
| 009 | Audi Retail Facility Development Program Design Services Enrollment Form for Stoler (2014-11-25) | AoA0000186 | |
| 010 | Stoler Audi Exclusive Facility Construction Agreement (2014-10-14) | AoA0000187-AoA0000189 | |
| 011 | Capacity Planning Form (2014-05-20) | AoA0000190-AoA0000192 | |
| 012 | Stoler Audi Exclusive Facility Construction Agreement (2015-01-13) | AoA0000193-AoA0000196 | Thacker 50 |
| 013 | Audi Dealer Agreement Standard Provisions | AoA0000273-AoA0000296 | |
| 014 | LenStoler.com webpage | n/a | |
| 015 | Pictures of Maryland Audi Dealers | AoA0000052-AoA0000065 | |
| 016 | Audi Frederick Construction Extension | AoA0000250 | Meyer 26 |
| 017 | Southern Region Dealer Contact Report re Stoler (2012-03-01) | AoA0000142 | |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 018 | N. Johnson email to D. Leibowitz, J. Matthews re discussions with Len Stoler (2012-09-10) | STOLER004559-STOLER004561 | |
| 019 | M. Balmer email to B. Stoler re Len Stoler Audi (2013-04-11) | STOLER000092-STOLER000094 | |
| 020 | M. Balmer email to D. Miller, K. Mathews, J. Koteles, A. Smith re Audi sales final (2013-07-02) | STOLER001073-STOLER001075 | |
| 021 | A. Smith to several recipients re Audi Insight Report (2013-08-12) | STOLER000096-STOLER000097 | |
| 022 | A. Smith to several recipients re Audi Insight Report (2013-08-12) | STOLER001071-STOLER001072 | |
| 023 | M. Balmer email to B. Stoler re projected facility cost (2013-11-04) | STOLER001043 | |
| 024 | P. Hamilton letter to L. Stoler re 2016 Facility Classification Requirement (2014-01-10) | AoA0000156 | Thacker 43 |
| 025 | P. Hamilton letter to L. Stoler re dealer assessment (2014-04-25) | AoA0000167 | Fischer 8 |
| 026 | E. Chelline email to D. Leibowitz, T. Batchelor re attached draft LOI, and attachments (2014-07-24) | STOLER003473-STOLER003491 | Leibowitz 11 |
| 027 | M. Cohen email to B. Stoler re former GM property (2014-08-13) | STOLER003460-STOLER003463 | Leibowitz 12 |
| 028 | J. Sobel email to B. Morris re LOI (2014-08-31) | STOLER005280-STOLER005283 | Leibowitz 41 |
| 029 | D. Leibowitz email to B. Morris re Pro Forma with attachment (2014-09-08) | STOLER000493-STOLER000494 | |
| 030 | J. Sobel email to B. Morris re Stoler (2014-09-09) | STOLER002486-STOLER002487 | |
| 031 | D. Leibowitz email to E. Chelline re attached EBITDA spreadsheet and attachment | STOLER005191-STOLER005192 | |
| 032 | Spreadsheet with EBITDA and blue sky numbers | n/a | Leibowitz 44 |
| 033 | P. Hamilton letter to L. Stoler re Grandfather Policy and Cure Policy (2014-10-16) | STOLER003910-STOLER003914 | |
| 034 | M. Balmer email to P. Hamilton re Stoler 10550 Reisterstown Road (2014-10-22) | AoA0000626-AoA0000629 | Hamilton 5 |
| 035 | Redacted D. Leibowitz email to E. Wagonheim, M. Albo, B. Stoler re 10550 Reisterstown Road with attached Lease (2014-10-29) | STOLER004287-STOLER004336 | Leibowitz 31 |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 036 | M. Trojaniak email to M. Balmer, B. Pellock, S. Grimes re Field Review for Len Stoler Audi Assessment (2014-11-06) | AoA0000764-AoA0000769 | |
| 037 | B. Pellock email to B. Stoler, P. Hamilton re terminal rendering, and attachment (2014-11-25) | STOLER000299-STOLER000303 | |
| 038 | B. Pellock email to B. Stoler, P. Hamilton re terminal rendering, and attachment (2014-11-25) | STOLER000304-STOLER000312 | |
| 039 | M. Balmer email to B. Stoler re assessment with photos (2014-12-03) | STOLER000890-STOLER000937 | |
| 040 | L. Whitlock email to B. Stoler, M. Balmer, J. Brown, B. Pellock, C. Thacker, S. Grimes re Audi Owings Mills – site information request (2014-12-04) | AoA0000772-AoA0000773 | |
| 041 | L. Whitlock email to B. Stoler, J. Brown, M. Balmer, B. Pellock, C. Thacker and S. Grimes re Audi Owings Mills – Site Information Request (2014-12-04) | STOLER000062-STOLER000063 | |
| 042 | R. McRory email to P. Ritsema re Len Stoler Audi (2014-12-11) | AoA0000770-AoA0000771 | Meyer 14 |
| 043 | M. Balmer email to B. Stoler re warning on training certification (2014-12-16) | AoA0000783 | |
| 044 | P. Ritsema email to R. McRory re Len Stoler LOI with attachment (2015-01-13) | AoA0000828-AoA0000832 | |
| 045 | P. Ritsema email to R. McRory re Len Stoler LOI with attachment (2015-01-13) | AoA0000833-AoA0000837 | |
| 046 | J. Meyer email to undisclosed recipients re final version of LOI (2015-01-13) | AoA0000906-AoA0000908 | |
| 047 | J. Diffendall email to M. Beech and B. Milton re Stoler tech (2015-01-16) | AoA0000871-AoA0000873 | |
| 048 | Colbert Matz Rosenfelt letter to L. Stoler re proposal (2015-01-20) | STOLER000258-STOLER000266 | |
| 049 | J. Diffendall email to C. Kinney re diesel (2015-01-26) | AoA0000901-AoA0000903 | |
| 050 | P. Hamilton email to M. Balmer re Baltimore meetings (2015-01-28) | AoA0000909-AoA0000911 | Hamilton 8 |
| 051 | M. Balmer email to K. Mathews, D. Miller re area 83 sales managers thrive on Q5 standings (2015-05-11) | AoA0001210-AoA0001212 | |
| 052 | L. Stoler letter to S. Martini re response to May 7, 2015 letter (2015-05-19) | AoA0000203-AoA0000204 | |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 053 | Audi Academy training held at Len Stoler Audi (2015-06-11) | AoA0001239-AoA0001240 | |
| 054 | A. Zegarelli email to K. Mathews re sales forecast due with Q5 breakout (2015-06-15) | AoA0001243-AoA0001245 | |
| 055 | M. Balmer email to B. Stoler, L. Stoler re performance excellence report (2015-07-07) | STOLER000269-STOLER000270 | |
| 056 | A. Zegarelli email to M. Balmer re problems with Frank (2015-07-15) | AoA0001259-AoA0001260 | |
| 057 | A. Zegarelli email to M. Balmer re DEPP and other ideas (2015-07-27) | AoA0001267-AoA0001268 | |
| 058 | F. Greenstein email to K. Mathews, A. Robbins re change in position (2015-08-31) | AoA0001292-AoA0001294 | |
| 059 | A. Eglitis email to M. Harritt, C. Thacker, V. Rospond re Audi Owings Mills – DCD Drawings, including attachment (2015-09-10) | AoA0001295-AoA0001311 | |
| 060 | P. Hamilton letter to L. Stoler re Notice of Breach – Audi Dealer Agreement (2015-09-24) | AoA0000422-AoA0000441 | Hamilton 12 |
| 061 | Scanned email to D. Leibowitz with attached One Rock letter (2015-09-25) | STOLER000660-STOLER000664 | Leibowitz 19 |
| 062 | D. Leibowitz email to B. Stoler re Porsche Audi Numbers (2015-10-02) | STOLER002401 | Leibowitz 30 |
| 063 | A. Eglitis email to M. Harritt, T. Jenkins, R. Rospond re Owing Mills Revised Post DCD drawings (2015-10-03) | STOLER001178-STOLER001180 | |
| 064 | Redacted D. Leibowitz email to R. McRory, B. Stoler re various correspondence which is not attached (2015-10-05) | STOLER003890 | |
| 065 | K. Beyer email to B. Morris, K. Rodgers re loan vehicles/new inventory (2015-10-06) | STOLER002377-STOLER002383 | Leibowitz 20 |
| 066 | Redacted R. McRory email to P. Ritsema re Arent Fox letter (not attached) (2015-10-16) | STOLER003881-STOLER003884 | |
| 067 | R. McRory letter to P. Ritsema re Stoler Audi (2015-10-16) | AoA0000240 | Ritsema 8 |
| 068 | M. Balmer letter to L. Stoler re Standards Scorecard Deficiency Notification (2015-10-29) | AoA0000412-AoA0000421 | |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 069 | C. Thacker letter to B. Stoler re Audi Owings Mills Construction Delays (2015-11-04) | AoA0000242-AoA0000249 | Thacker 39 |
| 070 | D. Leibowitz email to B. Morris, D. Howard re One Rock (2015-11-09) | STOLER005000-STOLER005002 | |
| 071 | B. Stoler letter to P. Hamilton re Len Stoler Audi (2015-11-16) | AoA0000410-AoA0000411 | |
| 072 | C. Thacker email to J. Meyer, P. Hamilton, T. Durr re information on Len Stoler Audi (2015-11-30) | AoA0001574-AoA0001577 | |
| 073 | D. Leibowitz email to M. Cohen, B. Stoler re attached parts and service portions of internal statement (2015-12-02) | STOLER001157-STOLER001162 | Leibowitz 24 |
| 074 | Redacted M. Cohen email to L. Cohen re draft of PSA (2015-12-04) | STOLER004133-STOLER004138 | Leibowitz 25 |
| 075 | P. Hamilton letter to B. Stoler (2015-12-08) | AoA0000253-AoA0000268 | |
| 076 | Redacted F. Traub email to E. Wagonheim re prices of new remaining inventory (2015-12-08) | STOLER004123-STOLER004126 | |
| 077 | Redacted F. Traub email to E. Wagonheim re conversation between Marc Cohen and Barry Stoler (2015-12-09) | STOLER004121-STOLER004122 | |
| 078 | R. McRory email to P. Ritsema re Len Stoler Audi complaint (2015-12-09) | AoA0001625-AoA0001629 | |
| 079 | R. McRory email to P. Ritsema re Len Stoler Audi complaint (2015-12-09) | AoA0001630-AoA0001635 | |
| 080 | R. McRory email to P. Ritsema re Len Stoler Audi complaint (2015-12-09) | STOLER003874-STOLER003875 | |
| 081 | D. Leibowitz email to B. Stoler re draft email to Marc Cohen (2016-01-06) | STOLER001670 | Leibowitz 26 |
| 082 | J. Levin email to J. Brown re Audi dealership (2016-01-08) | STOLER000581-STOLER000582 | |
| 083 | M. Balmer email to K. Mathews, D. Miller, J. Koteles, B. Milton re January sales final (2016-02-02) | STOLER000032 | |
| 084 | Training memo re Stoler Audi (2014-04-29) | AoA0000168-AoA0000169 | |
| 085 | J. Meyer memo to dealer file re in-person meeting held on December 1, 2015 in Herndon, VA with B. Stoler, M. Del Rosso and J. Meyer (2015-12-01) | AoA0000269-AoA0000270 | Meyer 21 |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 086 | Audi Dealer Agreement Standard Provisions | STOLER004256-STOLER004280 | |
| 087 | Damages Calculation Document | STOLER006297 | Leibowitz 55 |
| 088 | 2011-2013 AoA Performance Bonus Program Rules | AoA0000143 | |
| 089 | AoA Performance Bonus Program 2014-2016 and R8 Back End Bonus Program Rules | AoA0000154 | |
| 090 | 2014-2016 AoA Performance Bonus Program Rules | AoA0000166 | |
| 091 | 2014-2015 AoA Performance Bonus Program Rules | AoA0000241 | |
| 092 | 2016-2020 AoA Performance Bonus Program Rules | AoA0000251 | |
| 093 | 2016-2020 AoA Performance Bonus Program Rules | AoA0000272 | |
| 094 | Stoler Bonus Program Report | AoA0002031-AoA0002079 | |
| 095 | Jay Lytle Report Ex. 1 – Maryland PAI Map | n/a | |
| 096 | Jay Lytle Report Ex. 2 – Maryland Audi Dealers Standards Bonus Qualification Levels | n/a | |
| 097 | Jay Lytle Report Ex. 3 – Roesner Report Lost/Standards/Business Fundamentals Bonus per New Audi Sold Len Stoler Audi | n/a | |
| 098 | Jay Lytle Report Ex. 4 – Audi of Hunt Valley Fixed Expenses | n/a | |
| 099 | Jay Lytle Report Ex. 5 – Audi Silver Spring Fixed Expenses | n/a | |
| 100 | Jay Lytle Report Ex. 6 – Composite Average Fixed Expenses | n/a | |
| 101 | Jay Lytle Report Ex. 7 – Annual Expense Increase to Qualify for Exclusive Audi Standards Bonuses Fixed Expenses | n/a | |
| 102 | Jay Lytle Report Ex. 8 – Annual Expense Increase to Qualify for Exclusive Audi Standards Bonuses Personnel Expenses | n/a | |
| 103 | Jay Lytle Report Ex. 9 – Annual Expense Increase to Qualify for Exclusive Audi Standards Bonuses Exclusive vs. Brand Dedicated | n/a | |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 104 | Jay Lytle Report Ex. 10 – Len Stoler Net Profit Before Taxes | n/a | |
| 105 | Jay Lytle Report Ex. 11 – Len Stoler Automotive Franchises 2015 Sales | n/a | |
| 106 | Jay Lytle Report Ex. 12 – Len Stoler Audi Change in Audi New Unit Sales vs. Change in Audi Used Sales | n/a | |
| 107 | Jay Lytle Report Ex. 13 – Len Stoler Audi Change in Audi New Unit Sales vs. Change in Audi Service Sales | n/a | |
| 108 | Jay Lytle Report Ex. 14 – Len Stoler Audi Change in Audi New Unit Sales vs. Change in Audi Parts Sales | n/a | |
| 109 | Jay Lytle Report Ex. 15 – Len Stoler Audi Used Wholesale Units as a Percent of Total Used Units | n/a | |
| 110 | Jay Lytle Report Ex. 16 – Len Stoler New Audi Retail Units vs. Total Used Units Sold | n/a | |
| 111 | Jay Lytle Report Appendix Ex. 1 – Maryland PAI Map | n/a | |
| 112 | Jay Lytle Report Appendix Ex. 2 – Dealer A Fixed Expenses | n/a | |
| 113 | Jay Lytle Report Appendix Ex. 3 – Dealer B Fixed Expenses | n/a | |
| 114 | Jay Lytle Report Appendix Ex. 4 – Len Stoler Audi Fixed Expenses | n/a | |
| 115 | Jay Lytle Report Appendix Ex. 5 – Audi Separated on Dealer Financial Statement for Len Stoler Audi (2007-2015) | n/a | |
| 116 | Jay Lytle Report Appendix Ex. 6 – Audi Separated on Dealer Financial Statement for Audi of Hunt Valley (2007-2015) | n/a | |
| 117 | Jay Lytle Report Appendix Ex. 7 – Audi Separated on Dealer Financial Statement for Audi Silver Spring (2007-2015) | n/a | |
| 118 | Jay Lytle Report Appendix Ex. 8 – Capital Asset Schedule 409A01 Audi of Hunt Valley (2008-2010) | n/a | |
| 119 | Jay Lytle Report Appendix Ex. 9 – Capital Asset Schedule 409A01 Audi of Hunt Valley (2011-2013) | n/a | |

| Exhibit No. | Description | Bates No. | Dep. Exhibit |
|---|---|---|---|
| 120 | Jay Lytle Report Appendix Ex. 10 – Capital Asset Schedule 409A01 Audi of Hunt Valley (2014-2015) | n/a | |
| 121 | Jay Lytle Report Appendix Ex. 11 – Len Stoler Dealer Financial Statement Reconciliation New Unit Sales | n/a | |
| 122 | Jay Lytle Report Appendix Ex. 12 – Dealer Reported Sales | n/a | |
| 123 | Jay Lytle Resume and Schedule of Testimony | n/a | |
| 124 | Mark Schmitz Summary Vitae, Prior Testimony, and Publications | n/a | |
| 125 | David A. Smith Report Ex. 1 – Bonus Status by Maryland Dealer 2008Q1-2016Q1 | n/a | |
| 126 | David A. Smith Report Ex. 2 – New Audi Vehicles Sold by Maryland Dealers 2008-2015 | n/a | |
| 127 | David A. Smith Report Ex. 3 – New Audi Sales as a Share of Total Vehicle Sales for Maryland Dealers 2008-2015 | n/a | |
| 128 | David A. Smith Report Ex. 4 – New Audi Sales Vehicles Sold by Maryland Dealers 2008Q1-2015Q4 | n/a | |
| 129 | David A. Smith Report Ex. 5 – Share of New Audi Vehicles Sold by Maryland Dealer 2008Q1-2015Q4 | n/a | |
| 130 | David A. Smith Report Ex. 6 – Average New Audi Price by Maryland Dealer 2008Q1-2015Q4 | n/a | |
| 131 | David A. Smith Report Ex. 7 – Average Q5 3.0T Price by Maryland Dealer 2010Q3-2015Q4 | n/a | |
| 132 | David A. Smith Report Ex. 8 – Average Q7 2.0T Price by Maryland Dealer 2010Q3-2015Q4 | n/a | |
| 133 | David A. Smith Rebuttal Report Ex. 1 – Percentage Change in Sales for Eligible New York Dealers June 20016-August 2016 | n/a | |
| 134 | David A. Smith Resume | n/a | |

Dated:  March 16, 2017              Respectfully submitted,

/s/_____

Richard Mark Dare (VSB No. 14146)
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

/s/_____

James R. Vogler (*pro hac vice*)
Michael S. Elvin (*pro hac vice*)
Daniel R. Fine (*pro hac vice*)
Jack O. Snyder, Jr. *(pro hac vice)*
Emily L. Gesmundo (*pro hac vice*)
BARACK FERRAZZANO
    KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150
jim.vogler@bfkn.com
michael.elvin@bfkn.com
dan.fine@bfkn.com
jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

Barbara S. Wahl, Esq.
Arent Fox LLP
1717 K Street, N.W.
Washington, DC  20006
barbara.wahl@arentfox.com

Russell P. McRory, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
russell.mcrory@arentfox.com

Sean Nicholas Clerget, Esq.
Arent Fox LLP
1717 K Street NW
Washington, DC 20036-5344
sean.clerget@arentfox.com

_/s/_____
R. Mark Dare, Va. Bar No. 14146
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
(703) 748-2690
(703) 748-2695 (fax)
mdare@islerdare.com
*Counsel for Defendant*
*Volkswagen Group of America, Inc.*
*d/b/a Audi of America, Inc.*