UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI,<br><br>Plaintiff,<br><br>-against-<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,<br><br>Defendant. | Case No. 1:15CV1659-TSE/JFA<br><br>**PLAINTIFF'S RULE 26(A)(3) DISCLOSURES** |

In accordance with Federal Rule of Civil Procedure 26(a)(3), Plaintiff Len Stoler, Inc., d/b/a Len Stoler Audi ("Stoler"), by and through its counsel of record, makes the following disclosures:

**A.    Rule 26(a)(3)(i) – The name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises.**

<u>Witnesses Stoler Expects to Present</u>:

1. Barry Stoler
   Len Stoler, Inc.
   11309 Reisterstown Road
   Owings Mills, Maryland 21117
   (410) 356-7000

2. David Leibowitz
   Len Stoler, Inc.
   11309 Reisterstown Road
   Owings Mills, Maryland 21117
   (410) 356-7000

3. Mark Del Rosso
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive
   Herndon, Virginia 20171
   (248) 754-5000

4. Cody Thacker
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive
   Herndon, Virginia 20171
   (248) 754-5000

5. Mark Balmer
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive
   Herndon, Virginia 20171
   (248) 754-5000

6. Joseph Roesner
   The Fontana Group, Inc.
   3509 North Campbell Avenue
   Tucson, Arizona 85719
   (520) 325-9800

7. Todd Berko
   578 Province Line Road
   Hopewell, New Jersey 08525
   (609) 252-1125

**Witnesses Stoler May Call if Necessary:**

1. Leonard Stoler
   Len Stoler, Inc.
   11309 Reisterstown Road
   Owings Mills, Maryland 21117
   (410) 356-7000

2. Pete Hamilton
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive
   Herndon, Virginia 20171
   (248) 754-5000

3. Jeremy Meyer
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive

       Herndon, Virginia 20171
       (248) 754-5000

4. Kyle Matthews
   Audi of America, Inc.
   2200 Ferdinand Porsche Drive
   Herndon, Virginia 20171
   (248) 754-5000

5. Any additional witnesses included in the witness list of Defendant Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. ("Audi").

**B.     Rule 26(a)(3)(ii) – The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

Stoler does not plan on presenting any witness by deposition, but reserves the right to do if any of the witnesses listed above are unavailable at the time of trial, or in response to any witness presented by deposition by Audi.

**C.     Rule 26(a)(3)(iii) – An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.**

Attached as Exhibit "A" is a list identifying each document or other exhibit Stoler expects to offer and those it may offer if the need arises.

Dated:      March 17, 2017

        Respectfully Submitted,

        **ARENT FOX LLP**

By:  /s/ Barbara S. Wahl
      Arent Fox, LLP
      1717 K Street N.W.
      Washington, D.C. 20006
      Telephone:  (202) 857-6000
      Facsimile:  (202) 857-6395
      E-Mail: barbara.wahl@arentfox.com

      Russell P. McRory (*admitted pro hac vice*)
      Arent Fox LLP
      1675 Broadway
      New York, New York 10019
      Telephone:  (212) 484-3942
      Facsimile:  (212) 484-3990
      Email:  russell.mcrory@arentfox.com

      Michael P. McMahan (*admitted pro hac vice*)
      Arent Fox LLP
      1675 Broadway
      New York, New York 10019
      Telephone:  (212) 484-3982
      Facsimile:  (212) 484-3990
      Email:  michael.mcmahan@arentfox.com

      *Attorneys for Plaintiff Len Stoler, Inc. d/b/a Len Stoler Audi*

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, I will electronically file the foregoing Rule 26(a)(3) disclosures with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Richard Mark Dare
Isler Dare PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182

and

James R. Vogler (admitted *pro hac vice*)
Daniel R. Fine  (admitted *pro hac vice*)
Jack O. Snyder, Jr. (admitted *pro hac vice*)
Emily L. Gesmundo (admitted *pro hac vice*)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*Attorneys for Defendant Volkswagen Group of America, Inc.*
*d/b/a Audi of America, Inc.*

/s/ Barbara S. Wahl