# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) ) ) |
| Plaintiff, | ) ) |
| *v.* | ) Case No. 1:15CV1659-TSE/JFA ) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1. | 2/25/2003 | Stoler Audi Dealer Agreement | AoA0000083-90 | | | | |
| 2. | 2007 | Audi Dealer Agreement Standard Provisions | STOLER004256-80 | | | | |
| 3. | 9/21/2011 | Audi memo to Dealer Principals, General Managers re Grandfather Polcy + Cure Policy | AoA0000140-41 | | | | |
| 4. | 12/31/2013 | Audi 2013 Performance Bonus Program | AoA0002033, 2038, 2042, 2046 | | | | |
| 5. | 12/31/2013 | Len Stoler Audi US 2013 Dealer Financial Statement | | | | | |
| 6. | 12/31/2013 | Maryland Audi Dealers US 2013 Dealer Financial Statement | | | | | |
| 7. | 1/1/2014 | Audi of America Audi Architecture + Retail Capacity Guide | AoA0000091-139 | | | | |
| 8. | 1/10/2014 | Hamilton letter to L. Stoler re 2016 Facility | AoA0000156 | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| | | Classification Requirement | | | | | |
| 9. | 2/19/2014 | Pellock email to Whitlock et al re Stoler Audi | STOLER000333-39 | | | | |
| 10. | 4/1/2014 | Audi Design Services Enrollment Form | | | | | |
| 11. | 4/25/2014 | Hamilton letter to L. Stoler | AoA0000167 | | | | |
| 12. | 5/28/2014 | Capacity Planning Form | STOLER000309-11 | | | | |
| 13. | 7/24/2014 | Chelline email to Leibowitz re Draft LOI | STOLER003473-91 | | | | |
| 14. | 8/13/2014 | Roger email to Leibowitz re Former GM Property | STOLER003460-63 | | | | |
| 15. | 8/21/2014 | Morris email to Leibowitz re LOI | STOLER003455-59 | | | | |
| 16. | 9/8/2014 | Leibowitz email to Morris re Pro Forma 090814.xlsx | STOLER000493-94 | | | | |
| 17. | 9/9/2014 | Leibowitz email to Morris re Stoler | STOLER002486-87 | | | | |
| 18. | 9/11/2014 | Del Rosso and Meyer letter to L. Stoler re Retail Sales Effectiveness | AoA0000208-13 | | | | |
| 19. | 10/3/2014 | Leibowitz email to Goldman re 1st Qtr Rebate Payment Rec'd from Audi | STOLER002467-76 | | | | |
| 20. | 10/16/2014 | Hamilton letter to L. Stoler and B. Stoler re Grandfather Polcy + Cure Policy | | | | | |
| 21. | 10/22/2014 | Pellock email to Hamilton re Stoler 10550 Reisterstown Road | AoA0000626-28 | | | | |
| 22. | 10/29/2014 | Leibowitz email to ewagonheim@wagonheim.com re 10550 Reisterstown Road | STOLER004287-336 | | | | |
| 23. | 11/25/2014 | Stoler email to Campagna re Terminal Rendering | STOLER000066-75 | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 24. | 12/4/2014 | Stoler email to Brown re Audi Owings Mills - Site Information Request | STOLER000938-42 | | | | |
| 25. | 12/12/2014 | Ritsema email to McRory re Len Stoler Audi | AoA0000770-71 | | | | |
| 26. | 12/12/2014 | Matthews email to Balmer et al re A6 & A8 Performance Bonus tracking - 12/10/14 | AoA0000755-59 | | | | |
| 27. | 12/31/2014 | Len Stoler Inc Audi US 2014 Dealer Financial Statement | AoA0000461 | | | | |
| 28. | 12/31/2014 | Len Stoler Audi - Audi US 2014 Dealer Financial Statement | STOLER002237-45 | | | | |
| 29. | 12/31/2014 | Maryland Audi Dealers - Audi US 2014 Dealer Financial Statement | | | | | |
| 30. | 12/31/2014 | Audi 2014 Performance Bonus Program | AoA0002049, 2053, 2056, 2060 | | | | |
| 31. | 1/5/2015 | Balmer email to B. Stoler re 2015 BPO | STOLER000287-88 | | | | |
| 32. | 1/13/2015 | Audi Exclusive Facility Construction Agreement | | | | | |
| 33. | 1/13/2015 | Ritsema email to McRory re Len Stoler LOI Jan 13 2015.docx | AoA0000828 | | | | |
| 34. | 1/13/2015 | Ritsema email to McRory re Len Stoler LOI Jan 13 2015.docx | AoA0002214-18 | | | | |
| 35. | 1/16/2015 | Rospond email to Brown re Stoler Audi | AoA0000861-64 | | | | |
| 36. | 1/20/2015 | Thacker email to Balmer re Stoler Audi | AoA0000867-70 | | | | |
| 37. | 1/21/2015 | Thacker email to Brown et al. re 10550 Reisterstown Road - Stoler Audi | STOLER000683-86 | | | | |
| 38. | 1/27/2015 | 2015 BPO Calendar 409A08 - Len Stoler Audi | AoA0000905, 904 | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 39. | 2/2/2015 | Hamilton email to Balmer re Let's put March 4th out there for Meeting in Baltimore | AoA0000909-10 | | | | |
| 40. | 2/3/2015 | Hobbs email to Thacker re Len Stoler | AoA0000912-13 | | | | |
| 41. | 2/24/2015 | Harritt email to Leibowitz et al re Audi Owings Mill - Design Site Survey | STOLER001318-19 | | | | |
| 42. | 3/6/2015 | Matthews email Balmer re Action Required Today! | AoA0000959-66 | | | | |
| 43. | 3/26/2015 | Thacker email to Hobbs et al. re Len Stoler Showroom | AoA0001151-52 | | | | |
| 44. | 4/2015 | AoA Pricing Elasticity | AoA0001714-17 | | | | |
| 45. | 4/7/2015 | Thacker email to Balmer re Len Stoler Showroom | AoA0001177-85 | | | | |
| 46. | 4/15/2015 | Brown email to Eglitis et al. re Audi Owings Mills - 10550 Reisterstown Road - topo | STOLER001219-23 | | | | |
| 47. | 4/30/2015 | Facility Agreement Exception Request: Audi Frederick | AoA0000199-202 | | | | |
| 48. | 5/19/2015 | L. Stoler letter to S. Martini | AoA0001478-79 | | | | |
| 49. | 8/8/2015 | Audi Strategy Office - Dealer Performance Scorecard - July 2015 (Len Stoler Audi) | AoA0001467-71 | | | | |
| 50. | 8/26/2015 | Brown email to Harritt re Stoler Audi | STOLER000675-76 | | | | |
| 51. | 09/2015 | Audi Retail Capacity Guide | AoA0000214-39 | | | | |
| 52. | 9/10/2015 | Thacker email to Hamilton et al. re Audi Owings Mills - DCD Drawings | AoA0001295-1311 | | | | |
| 53. | 9/14/2015 | Audi Notice of Breach letter to L. Stoler | | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 54. | 9/22/2015 | Audi Frederick Construction Extension | AoA0000250 | | | | |
| 55. | 9/24/2015 | Hamilton letter to L. Stoler re Notice of Breach - Audi Dealer Agreement | AoA0000422-30 | | | | |
| 56. | 10/2/2015 | Leibowitz email to B Stoler re Porsche Audi Numbers | STOLER002401 | | | | |
| 57. | 10/8/2015 | dleibowitz@lenstoler.com email to David Leibowitz re Sent from CM2320fxi MFP | STOLER000660-64 | | | | |
| 58. | 10/16/2015 | McRory letter to Ritsema re Len Stoler Audi | AoA0001480 | | | | |
| 59. | 10/19/2015 | Ritsema email to Bamler et al re Len Stoler Audi - Ltr to Ritsema 10-16-15 | AoA0001330-32 | | | | |
| 60. | 10/19/2015 | Meyer email to Galata re Len Stoler Audi - Ltr to Ritsema 10-16-15 | AoA0001333-36 | | | | |
| 61. | 10/22/2015 | Leibowitz email to Morris re December 2012 Financials | STOLER002315-64 | | | | |
| 62. | 10/22/2015 | Leibowitz email to Morris attaching several documents | STOLER002209-63 | | | | |
| 63. | 10/28/2015 | Comfort email to Balmer re Scorecard Q3 2015 Failure Communication - Len Stoler Audi 409A08 | AoA0001348-62 | | | | |
| 64. | 11/4/2015 | Thacker letter to B. Stoler re Audi Owings Mills Construction Delays | AoA0000242-49 | | | | |
| 65. | 11/13/2015 | Audi Frederick Construction Extension | AoA0000404-09 | | | | |
| 66. | 11/13/2015 | Thacker email to Meyer et al re Len Stoler Audi (409A08) | AoA0001396-1403 | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 67. | 11/30/2015 | Thacker email to Meyer et al re Information of Len Stoler Audi | AoA0001457-1505 | | | | |
| 68. | 11/30/2015 | Meyer email to Thacker et al re Information of Len Stoler Audi | AoA0001506-09 | | | | |
| 69. | 11/30/2015 | Hamilton email to Balmer re FW: Information on Len Stoler Audi | AoA0001519-6 | | | | |
| 70. | 12/1/2015 | Meyer Memo to Dealer File re In-Person Meeting held on December 1, 2015 in Herndon, VA | AoA0000269-70 | | | | |
| 71. | 12/2/2015 | Leibowitz email to Cohen re Service and Parts - Audi | STOLER001157-62 | | | | |
| 72. | 12/10/2015 | Len Stoler Porsche/Audi 2015 Ford Motor Company Dealer Financial Statement | STOLER002714-21 | | | | |
| 73. | 12/11/2015 | Meyer email to O'Neill re Len Stoler Audi Complaint | AoA0001657-60 | | | | |
| 74. | 12/18/2015 | Meyer memo to Dealer Principals and General Managers re Audi Business Fundamentals Assessment - 2016 | AoA0000393-97 | | | | |
| 75. | 12/31/2015 | Len Stoler Audi - Audi US 2015 Dealer Financial Statement | | | | | |
| 76. | 12/31/2015 | Maryland  Audi Dealers - Audi US 2015 Dealer Financial Statement | | | | | |
| 77. | 12/31/2015 | Audi 2015 Performance Bonus Program | AoA0002062, 2066 2069, 2073 | | | | |
| 78. | 1/1/2016 | 2016 BPO Calendar 409A08 - Len Stoler Audi | AoA0001678 | | | | |

| Pl. Ex.# | Date | Description | Bates Number | STIP. | OFFERED | OBJECT. | ADMITTED |
|---|---|---|---|---|---|---|---|
| 79. | 1/6/2016 | Leibowitz email to B. Stoler re Please Read…Cut and Paste to Marc Cohen | STOLER001670 | | | | |
| 80. | 1/20/2016 | Hamilton letter to L. Stoler & B. Stoler re 2018 Facility Classification Requirement | AoA0000398 | | | | |
| 81. | 2/12/2016 | McBrearty email to Balmer re 409A08 2016 Dealer BPO Summary.pdf | AoA0001669-73 | | | | |
| 82. | 3/4/2016 | Airhart email to Meyer re Len Stoler Approval Letter | AoA0001684-87 | | | | |
| 83. | 3/22/2016 | Amended Complaint | | | | | |
| 84. | 4/30/2016 | Maryland Audi Dealers US 2016 Dealer Financial Statement | AoA0002077-79 | | | | |
| 85. | 2008-2016 | Exhibit 1 - Bonus Status by Maryland Dealer 2008 Q1 - 2016 Q1 | | | | | |
| 86. | 1/2011-5/2/2016 | Maryland Dlr Mo Standards Pmts | | | | | |
| 87. | 6/30/2016 | Audi 2016 Performance Bonus Program | AoA0002077, 2079 | | | | |
| 88. | 7/18/2016 | Expert Report of Joseph F. Roesner | | | | | |
| 89. | 7/18/2016 | Expert Reports of Todd Berko | | | | | |
| 90. | 9/5/2016 | Supplemental Expert Report of Todd Berko | | | | | |
| 91. | 9/00/2016 | Supplemental Expert Report of Joseph F. Roesner | | | | | |
| 92. | 12/31/2016 | AoA Performance Bonus Program 2014-2016 and RB Back End Bonus Program | AoA0000154 | | | | |

Dated:   New York, New York
         March 17, 2017

ARENT FOX LLP

By:_____
    Barbara S, Wahl

1717 K Street, N.W.
Washington, DC  20006
barbara.wahl@arentfox.com

Russell P. McRory, Esq. (*pro hac vice*)
Michael P. McMahan, Esq. (*pro hac vice*)
Arent Fox LLP
1675 Broadway
New York, NY 10019

*Counsel for Plaintiff*
*Len Stoler, Inc. d/b/a Len Stoler Audi*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of March, I will electronically file the foregoing Trial Exhibit List with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Richard Mark Dare
Isler Dare PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia 22182

and

James R. Vogler (admitted *pro hac vice*)
Daniel R. Fine  (admitted *pro hac vice*)
Jack O. Snyder, Jr. (admitted *pro hac vice*)
Emily L. Gesmundo (admitted *pro hac vice*)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*Attorneys for Defendant Volkswagen Group of America, Inc.*
*d/b/a Audi of America, Inc.*

/s/ Barbara S. Wahl