UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| LEN STOLER, INC. d/b/a LEN STOLER AUDI, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:15-cv-1659-TSE/JFA ) ) |
| VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT AUDI OF AMERICA, INC.'S AMENDED WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Order dated May 16, 2016 (Dkt. No. 21) Defendant Audi of America, Inc. ("AoA") hereby lists the witnesses it expects to call at trial, those it may present if the need arises, and those whose testimony it expects to present by deposition. AoA reserves the right to call a witness not listed, solely for impeachment or rebuttal, or in the event of unfair surprise. This document is an amendment to AoA's previously filed witness list. (Dkt. No. 121.)

### Witnesses AoA Expects to Call

1. Cody Thacker
2. Paul Ritsema
3. Mark Balmer
4. Reinhard Fischer
5. David Smith
6. Jay Lytle
7. Mark Schmitz

1

8. Barry Stoler

9. Leonard Stoler

10. David Leibowitz

### Witnesses AoA May Call if the Need Arises

11. Kyle Mathews

12. Peter Hamilton

13. Jeremy Meyer

14. Fred Galata

15. Joseph Roesner

16. Todd Berko

In addition to the witnesses listed above, AoA reserves the right to call any and all witnesses called by Plaintiff.

### Witnesses Whose Testimony AoA Expects to Present by Deposition

AoA has designated portions of testimony of corporate officers Len Stoler, Barry Stoler, and David Leibowitz. Designations will be provided to opposing counsel at or before the final pretrial.

| | |
|---|---|
| Dated:  March 17, 2017 | Respectfully submitted, |

/s/ _____
Richard Mark Dare (VSB No. 14146)
ISLERDARE PC
1945 Old Gallows Road, Suite 650
Tysons Corner
Vienna, Virginia  22182
T: (703) 748-2690
F: (703) 748-2695
mdare@islerdare.com

/s/ _____
Michael S. Elvin (*pro hac vice*)
Daniel R. Fine (*pro hac vice)*
Jack O. Snyder, Jr. *(pro hac vice)*
Emily L. Gesmundo (*pro hac vice*)
BARACK FERRAZZANO
   KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150
michael.elvin@bfkn.com
dan.fine@bfkn.com
jack.snyder@bfkn.com
emily.gesmundo@bfkn.com

*Counsel for Defendant Volkswagen Group of America d/b/a Audi of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2017, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Barbara S. Wahl, Esq.
>Arent Fox LLP
>1717 K Street, N.W.
>Washington, DC  20006
>barbara.wahl@arentfox.com
>
>Russell P. McRory, Esq.
>Arent Fox LLP
>1675 Broadway
>New York, NY 10019
>russell.mcrory@arentfox.com
>
>Sean Nicholas Clerget, Esq.
>Arent Fox LLP
>1717 K Street NW
>Washington, DC 20036-5344
>sean.clerget@arentfox.com

>/s/
>R. Mark Dare, Va. Bar No. 14146
>ISLERDARE PC
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mdare@islerdare.com
>*Counsel for Defendant*
>*Volkswagen Group of America, Inc.*
>*d/b/a Audi of America, Inc.*