# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: 1:15-CV-01659-TSE-JFA
Date: 03/17/2017
Court Time: 12:18PM-01:08PM (00:50)

Docket Entry: **FINAL PRETRIAL CONFERENCE**

**LEN STOLER, INC.**

v.

**VOLKSWAGEN GROUP OF AMERICA, INC.**

**Present:** Honorable **T.S. ELLIS, III**, United States District Judge

| | |
|---|---|
| Courtroom Deputy: | Margaret Pham |
| Court Reporter: | Tonia Harris |
| Plaintiff's Counsel: | Barbara S. Wahl, Russell P. McRory, Michael P. McMahan |
| Defendant's Counsel: | Richard M. Dare, Daniel R. Fine, Michael S. Elvin |

**PROCEEDINGS (Final Pretrial Conference):**

- Defendant's Motion [108] to Dismiss for Lack of Jurisdiction
- Defendant's Motion [113] for Reconsideration or Alternate Relief
- Exhibit chart submitted by defendant
- The Court to contact Magistrate Judge Anderson re: settlement conference
- Matter taken under advisement
- Require filing deadlines stayed/held in abeyance
- Order to follow