IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEN STOLER, INC., d/b/a LEN STOLER AUDI, ) | |
| Plaintiff, ) | Case No. 1:15-cv-1659 |
| ) | |
| v. ) | |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC., d/b/a AUDI OF AMERICA, INC., ) | |
| Defendant. | |

## ORDER

The matter came before the Court on two defense motions: a partial motion to dismiss for lack of subject matter jurisdiction (Doc. 108), and a motion for partial reconsideration or alternative relief (Doc. 113).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the motions are **TAKEN UNDER ADVISEMENT**.

It is further **ORDERED** that the parties' oral motion to postpone the pending, trial-related filing deadlines is **GRANTED**, and those deadlines are **HELD IN ABEYANCE**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 17, 2017

/s/
T. S. Ellis, III
United States District Judge