IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEN STOLER, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15cv1659 (TSE/JFA) |
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) |
| Defendant. | ) |

## ORDER

Following a lengthy settlement conference on Wednesday, April 12, 2017, the parties represented to the undersigned that a dismissal order would be filed by April 28, 2017. The District Judge was informed of this representation. It appearing that a stipulated order of dismissal has not been filed as represented by the parties, it is hereby

ORDERED that counsel for the parties shall appear before the undersigned on Friday, May 5, 2017 at 10:00 a.m.

Entered this 1st day of May, 2017.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia